Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21904−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erica L. Kronick
   23 Hunter Ridge
   Woodcliff Lake, NJ 07677

Social Security No.:
   xxx−xx−0277

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/12/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 12, 2019
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 19-21904-SLM
Erica L. Kronick                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Jul 12, 2019
                              Form ID: 148               Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db              +Erica L. Kronick,    23 Hunter Ridge,    Woodcliff Lake, NJ 07677-8100
518302291       +Emmanuel Argentieri, Esq.,    52 Newton Ave.,    Woodbury, NJ 08096-4610
518302292       +Greenbelt Landscapes,    14 Overbrook Road,    Ramsey, NJ 07446-1114
518302293       +Kindergan Landscaping,    11 Foster Street,    Bergenfield, NJ 07621-4301
518302294       +Lollipop Day Camp,    67 Spring Valley Road,    Park Ridge, NJ 07656-1858
518302295        M&T Bank,    One M&T Plaza,    Buffalo, NY 14240
518302298        PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
518302301       +Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
518302302       +Whalen & Ives, Inc.,    180 Kinderkamack Road,    Park Ridge, NJ 07656-1331
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518302290       +EDI: CHASE.COM Jul 13 2019 03:43:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
518302296       +EDI: DAIMLER.COM Jul 13 2019 03:43:00      Mercedes-Benz Financial Services,
                 Attn: Bankruptcy Dept,    Po Box 685,    Roanoke, TX 76262-0685
518302297       +EDI: MID8.COM Jul 13 2019 03:43:00      Midland Funding,    2365 Northside Drive, Ste. 300,
                 San Diego, CA 92108-2709
518302299       +E-mail/Text: Supportservices@receivablesperformance.com Jul 13 2019 00:25:34
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
518302300       +Fax: 516-933-1697 Jul 13 2019 00:36:55      Slomins, Inc.,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Erica L. Kronick dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```